UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-00115 |
| | § | |
| JUQUITA JACKIE ADAMS | § | |

## **ORDER**

On this day, the Court heard the unopposed motion for continuance of Jackie Adams (Dkt. No. 34). The Court finds the unopposed motion should be and the same hereby is Granted.

This cause is reset for Sentencing on April 25, 2024 at 10:00 a.m.

It is so ORDERED.

SIGNED on January 24, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge